LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
NIRALI S. PATEL, State Bar No. 303382
npatel@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:  (415) 391-6258

Attorneys for Defendant
AGA SERVICE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOEL CHAVEZ, | Case No. 3:15-cv-03534-EMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE MAY 12, 2016 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| AGA SERVICE COMPANY, et al. | Action Filed:   April 22, 2015 |
| Defendants. | Trial Date:     None |

1.  On February 26, 2016, plaintiff Joel Chavez and defendant AGA Service Company engaged in mediation before the Honorable Steven A. Brick (Ret.). The case, however, did not resolve.

2.  Laurie E. Sherwood, lead counsel for AGA, was set previously for trial on April 18, 2016, in the case entitled *Anthony Devito v. Montalbano, Inc.*, San Mateo County Superior Court Case No. CIV533695. During a Mandatory Settlement Conference before the Honorable Robert D. Foiles on April 7, 2016, the case resolved. As a result, Ms. Sherwood will be out of the country on April 21, 2016. The parties stipulated to continue the April 21, 2016 Case Management Conference, and the Court continued the conference to May 12, 2016.

/ / /

/ / /

/ / /

3. Ms. Sherwood now has to be in Los Angeles for a meeting on May 11, 2016, and also has another meeting on the afternoon of May 12, 2016 (originally planned to fly after the May 12, 2016. Accordingly, the counsel for the parties have agreed to continue the conference to May 26, 2016, subject to the Court's approval.

**IT IS SO STIPULATED.**

Dated: April 21, 2016     LAW OFFICES OF JOHN T. BELL

By: _____
JOHN T. BELL
Attorney for Plaintiff JOEL CHAVEZ

Dated: April 14, 2016     WFBM, LLP

By:    /s/ Laurie E. Sherwood
LAURIE E. SHERWOOD
NIRALI S. PATEL
Attorneys for Defendant
AGA SERVICE COMPANY

3. Ms. Sherwood now has to be in Los Angeles for a meeting on May 11, 2016, and also has another meeting on the afternoon of May 12, 2016 (originally planned to fly after the May 12, 2016. Accordingly, the counsel for the parties have agreed to continue the conference to May 26, 2016, subject to the Court's approval.

**IT IS SO STIPULATED.**

Dated: April __, 2016    LAW OFFICES OF JOHN T. BELL


By: _____
    JOHN T. BELL
    Attorney for Plaintiff JOEL CHAVEZ


Dated: April 20, 2016    WFBM, LLP


By:  /s/ Laurie E. Sherwood
    LAURIE E. SHERWOOD
    NIRALI S. PATEL
    Attorneys for Defendant
    AGA SERVICE COMPANY

1
2
3    **ORDER**
4    Upon consideration of the parties' stipulation and request to continue the May 12, 2016 Case
5    Management Conference, and Ms. Sherwood's unavailability to attend the Case Management
6    Conference, the Case Management Conference is continued to ~~May 26, 2016~~ June 9, 2016, at 10:30 a.m.
7    **PURSUANT TO STIPULATION, IT IS SO ORDERED,**



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

3579378.1
3664-3.3826

-3-    Case No. 3:15-cv-03534-EMC
JOINT STIPULATION TO CONTINUE THE MAY 12, 2016 CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 601 Montgomery Street, Ninth Floor, San Francisco, CA 94111-2612.

On April 21, 2016, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE THE MAY 12, 2016 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action as follows:

John T. Bell, Esq.
Law Offices of John T. Bell
610 – 16th Street, Suite 421
Oakland, CA 94612
Tel: 510-444-4638
Fax: 510-444-4019
bellaw2000@sbcglobal.net

Attorneys for Plaintiff
JOEL CHAVEZ

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ddeleon@wfbm.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at or before 5:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2016, at San Francisco, California.

          /s/ Dana Deleon
          Dana Deleon

Case No. 3:15-cv-03534-EMC