LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
NIRALI S. PATEL, State Bar No. 303382
npatel@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:   (415) 781-7072
Facsimile:    (415) 391-6258

Attorneys for Defendant
AGA SERVICE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CHAVEZ,<br><br>             Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, et al.<br><br>             Defendants. | Case No. 3:15-cv-03534-EMC<br><br>**JOINT STIPULATION TO CONTINUE THE JUNE 10, 2016 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed:   April 22, 2015<br>Trial Date:      None |

1. On February 26, 2016, plaintiff Joel Chavez and defendant AGA Service Company engaged in mediation before the Honorable Steven A. Brick (Ret.). The case, however, did not resolve.

2. Laurie E. Sherwood, lead and trial counsel for AGA in this matter, was set previously for trial on April 18, 2016, in the case entitled *Anthony Devito v. Montalbano, Inc.*, San Mateo County Superior Court Case No. CIV533695. During a Mandatory Settlement Conference before the Honorable Robert D. Foiles on April 7, 2016, the case resolved. As a result, Ms. Sherwood was out of the country on April 21, 2016. The parties stipulated to continue the April 21, 2016 Case Management Conference, and the Court continued the conference to May 12, 2016.

///

///

///

-1-

Case No. 3:15-cv-03534-EMC

JOINT STIPULATION TO CONTINUE THE JUNE 10, 2016 CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

3. As Ms. Sherwood had was scheduled to be in Los Angeles for a meeting on May 11, 2016, and also had another meeting on the afternoon of May 12, 2016, counsel for the parties agreed to continue the conference to May 26, 2016, a date which had been available on the Court's online calendar, subject to the Court's approval.

4. Subsequently, the Court approved the parties' stipulation and set the conference initially for June 9, 2016, and then continued it to June 10, 2016.

5. As Ms. Sherwood will be out of town on business for a client conference from June 8-10, 2016, counsel contacted the Court regarding this and the Court's availability. Counsel for the parties have agreed to continue the conference to June 30, 2016, subject to the Court's approval.

**IT IS SO STIPULATED.**

Dated: June 7, 2016          LAW OFFICES OF JOHN T. BELL

                             By: _/s/ John T. Bell_____
                                 JOHN T. BELL
                                 Attorney for Plaintiff JOEL CHAVEZ

Dated: June 7, 2016          WFBM, LLP

                             By: _/s/ Laurie E. Sherwood_____
                                 LAURIE E. SHERWOOD
                                 NIRALI S. PATEL
                                 Attorneys for Defendant
                                 AGA SERVICE COMPANY

## ORDER

Upon consideration of the parties' stipulation and request to continue the June 10, 2016 Case Management Conference, and Ms. Sherwood's unavailability to attend the Case Management Conference, the Case Management Conference is continued to June 30, 2016, at 10:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE



# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 601 Montgomery Street, Ninth Floor, San Francisco, CA 94111-2612.

On June 7, 2016, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE THE JUNE 10, 2016 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action as follows:

John T. Bell, Esq.
Law Offices of John T. Bell
610 – 16th Street, Suite 421
Oakland, CA 94612
Tel: 510-444-4638
Fax: 510-444-4019
bellaw2000@sbcglobal.net

Attorneys for Plaintiff
JOEL CHAVEZ

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ddeleon@wfbm.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at or before 5:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 7, 2016, at San Francisco, California.

/s/ *Stacy Mutrynowski*
Stacy Mutrynowski

Case No. 3:15-cv-03534-EMC

JOINT STIPULATION TO CONTINUE THE APRIL 21, 2016 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER