```
JOHN T. BELL, SBN 209941
Law Offices of John T. Bell
610-16th Street, Suite 421
Oakland, CA 94612
TEL: 510-444-4638
FAX: 510-444-4019

Attorney for Plaintiff Joel Chavez
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CHAVEZ <br><br> Plaintiff, <br> vs. <br><br> AGA SERVICE COMPANY, et al., <br><br> Defendants. | Case No.: 3:15-cv-03534 EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Action Filed: April 22, 2015 <br> Trial Date: None |

The parties, by and through their respective counsel, John T. Bell for Joel Chavez("Plaintiff')  and Laurie E. Sherwood for AGA Service Company ("Defendant")  hereby stipulate Plaintiff filing of a Second Amended Complaint

ATTESTMENT OF CONCURENCE PER GENERAL ORDER 45 FOR FILING

I attest that concurrence in the filing of this document by the signatories, Laurie E.

\\\

\\\

\\\

---

1

JOINTSTIPULATION AND [PROPOSED] ORDER RE: LEAVE TO FILE A SECOND AMENDED COMPLAINT

1  Sherwood and John T. Bell, has been obtained, and that a record of the concurrence shall be
2  maintained at the Law Offices of John T. Bell

3  Date:   June 27, 2016                           LAW OFFICES OF JOHN T. BELL
4

5
6                                                  By: S:/John T. Bell
                                                   Attorneys for Plaintiff
7                                                  JOEL CHAVEZ

8  Date:   June 27, 2016                           WFBM, LLP
9

10

11                                                 By: S:/Laurrie E. Sherwood
                                                   Attorneys for Defendant
12                                                 AGA SERVICE COMPANY

13

14                                          **ORDER**

15     Having read the Stipulation and declaration of Plaintiff's counsel and finding good cause
16  for the relief requested,
17
18     IT IS HEREBY ORDERED that:

19     That Plaintiff may file a Second Amended Complaint.

20

21

22  DATED:  _____June 29, 2016_____

23                                                 The H_____. Chen

IT IS SO ORDERED

Judge Edward M. Chen